# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSON, III, ROBERT L. | 11TH CIR. COURT OF APPEALS | 07/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. CIRCUIT JUDGE (senior) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FELLOW | AMERICAN BAR FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Exxon (common) | A | Dividend | | | Donated | | | | |
| 3. Truist | B | Dividend | L | T | | | | | |
| 4. TIAA-CREF Traditional Bond Fund (TIAA1) | C | Dividend | L | T | | | | | |
| 5. TIAA-CREF Stock Fund (QCSTRX) | C | Dividend | K | T | | | | | |
| 6. House and lot, Macon-Bibb County, GA | D | Rent | M | W | | | | | |
| 7. Truist | A | Dividend | J | T | | | | | |
| 8. I shares Russell 1000 Index | A | Dividend | K | T | | | | | |
| 9. I shares Russell 2000 Value | A | Dividend | L | T | | | | | |
| 10. I shares Russell 2000 Index | A | Dividend | L | T | | | | | |
| 11. I shares Russell 1000 Index | A | Dividend | K | T | | | | | |
| 12. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 13. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 14. I shares Russell 2000 Index (IRA) (H) | A | Dividend | J | T | | | | | |
| 15. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 16. SunTrust Bank - money market | B | Interest | L | T | | | | | |
| 17. H (RLA/CHARLES SCHWAB CUST IRA ROLLOVER) | | | | | | | | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Schwab US Treas. Money Fund | A | Interest | J | T | | | | | |
| 19. Blackrock Strat. Inc. Opportunity Port Instl. | A | Dividend | J | T | | | | | |
| 20. Vanguard Bond Index Fund Intermed. Term Bond (BIV) | B | Dividend | K | T | Sold (part) | 4/17/20 | J | A | |
| 21. Doubline total Return (DBLTX) | A | Dividend | K | T | | | | | |
| 22. Blackrock Total Factor (BSTIX) | A | Dividend | | | Sold | 08/06/20 | L | A | |
| 23. iShares Core S&P500 (IVV) | A | Dividend | J | T | | | | | |
| 24. ISHR,MSCI Emerg Mkt (EEMV) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 25. iShares Global Tech (IXN) | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 26. iShares US Medical(IHI) | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 27. H (RLA SCHWAB INDIVIDUAL ACCOUNT) | | | | | | | | | See Part VIII |
| 28. Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 29. iShares Core S&P (IVV) | A | Dividend | M | T | | | | | |
| 30. iShares Russell 2000 (IWM) | A | Dividend | | | Sold | 04/17/20 | L | A | |
| 31. Vanguard Mid-Cap Growth (VOT) | A | Dividend | K | T | | | | | |
| 32. Vanguard Sht. Term Bond (BSV) | A | Dividend | K | T | | | | | |
| 33. Vanguard Mid Cap Value (VOE) | A | Dividend | K | T | | | | | |
| 34. JP Morgan Dvrsfd Rtrn Intrnl (JPIN) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHR EDG MSCI Min Vol EMG Mkt ETF (EEMV) | A | Dividend | K | T | Buy (add'l) | 04/17/20 | J | | |
| 36. Blackrock Total Factor(BSTIX) | A | Dividend | | | Sold | 08/06/20 | J | A | |
| 37. iShares Core Small Cap (IJR) | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 38. iShares MSCI Small Cap (SCZ) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 39. H (ADDITIONAL STIFEL ASSETS) | | | | | | | | | See Part VIII |
| 40. Vanguard Appreciation | B | Dividend | M | T | | | | | |
| 41. Loomis Sayles Strategic Fund (H) | B | Dividend | L | T | | | | | |
| 42. Osterweis Srategic Fund (IRA-W) | B | Dividend | K | T | | | | | |
| 43. Osterweis Strategic Fund (IRA-H) | C | Dividend | L | T | | | | | |
| 44. Invesco Balanced Risk Alloc. CL Y (IRA-W) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 17, is simply a heading to disclose that the following lines (lines 18-26) describe holdings or transactiosn in RLA Schwab IRA Rollover during 2020

Part VII. line 27 is simply a heading to disclose that the following lines (lines 28-38) describe holdings or transations in the RLA Schwab individual account during 2020

Part VII line 39, is simply a heading to disclose that lines 40-44 describe holdings that were either already in or added to RLA Stifel brokerage accounts. Other holdings in those accounts were reported on early lines of Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 07/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT L. ANDERSON, III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544